179 So. 524

**UNIVERSAL CREDIT CO. v. SINQUE-FIELD.**[*]

4 Div. 8.

Supreme Court of Alabama.

March 3, 1938.

Brunson & Rowell, of Elba, for appellant.

Yarbrough & Beck, of Enterprise, for appellee.

BROWN, Justice.

The judgment of the circuit court from which this appeal is prosecuted, if there is such judgment, does not appear in the record; and hence the appeal does not confer jurisdiction on this court to review the proceedings on the trial.

The appeal is due to be dismissed.

It is so ordered by the court.

Appeal dismissed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

[*]Rehearing denied March 24, 1938.